IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FUGIFILM CORPORATION,

        Plaintiff,

  v.

MOTOROLA MOBILITY, LLC,

        Defendant.
_____/

No. C 12-03587 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 17, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

PRIVATE MEDIATION. The parties agree that private mediation should be held following the Court's Claim Construction Order

    2.    DISCOVERY.

Discovery shall be limited as follows: (a) each party will have a total of one hundred (100) hours of depositions, exclusive of expert witnesses and third-party depositions, without limit to the number of depositions taken. Depositions with an interpreter shall count as half the

time taken; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) an unlimited number of request for admission as to authenticity and up to twenty-five (25) additional requests per side. A stipulated protective order shall be filed by January 31, 2013.

3. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. FURTHER SCHEDULING. The dates proposed by the parties leading up to the *Markman* Hearing on pages 6-7 of their Joint Case Management are adopted as follows:

A. On or before February 22, 2013 plaintiff shall serve its Preliminary Infringement Contentions and accompanying documents in the form and with the content required by Patent L.R. 3-1 and 3-2.

B. On or before April 19, 2013, defendant is to serve Invalidity Contentions, and accompanying documents in the form and with the content required by Patent L.R. 3-3 and 3-4.

C. On or before May 3, 2013, parties are to exchange claim terms needing construction in the form and with the content required by Patent L.R. 4-1.

D. On or before May 24, 2013, parties are to exchange proposed claim constructions and extrinsic evidence in the form and with the content required by Patent L.R. 4-2.

E. On or before June 18, 2013, the parties are to file a Joint Claim Construction and Prehearing Statement in the form and with the content required by Patent L.R. 4-3.

CASE MANAGEMENT SCHEDULING ORDER

2

F. On or before July 19, 2013, the parties are to complete claim construction discovery in the manner set forth in Patent L.R. 4-4.

G. On or before August 2, 2013, plaintiff is to file its Opening Claim Construction Brief in accordance with Patent L.R. 4-5(a).

H. On or before August 16, 2013, defendant is to file its Responsive Claim Construction Brief in accordance with Patent L.R. 4-5(b)

I. On or before August 23, 2013, plaintiff is to file its Reply Claim Construction Brief in accordance with Patent L.R. 4-5(c).

5. TUTORIAL. A Tutorial shall held on **September 18, 2013 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

6. *MARKMAN* HEARING. A *Markman* Claim Construction Hearing shall held on **September 25, 2013 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. A further Case Management Conference will be scheduled following this Hearing to set the remaining dates in this case.

IT IS SO ORDERED.

DATED: 1/17/13

RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3