DANIEL JOHNSON, JR. (SBN 57409)
MICHAEL J. LYONS (SBN 202284)
AHREN C. HSU-HOFFMAN (SBN 250469)
COREY R. HOUMAND (SBN 268366)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
ahsu-hoffman@morganlewis.com
choumand@morganlewis.com

RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
rtautkus@morganlewis.com

Attorneys for Plaintiff
FUJIFILM CORPORATION

A. JAMES ISBESTER (SBN 129820)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone 415.576.0200
Facsimile: 415.576.0300
jisbester@kilpatricktownsend.com
bkleinman-green@kilpatricktownsend.com

JORDAN TRENT JONES (SBN 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650.326.2400
Facsimile: 650.326.2422
jtjones@kilpatricktownsend.com

Attorneys for Defendant,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA MOBILITY LLC,<br><br>　　　　Defendant. | Case No. 3:12-cv-03587-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO SUBMIT A STIPULATED PROTECTIVE ORDER (FROM JANUARY 31, 2013 TO FEBRUARY 14, 2013)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 72968648.1

STIPULATION TO EXTEND DEADLINE
TO SUBMIT STIPULATED PROTECTIVE
ORDER; CASE NO. 3:12-CV-03587-RS

Plaintiff Fujifilm Corporation and Defendant Motorola Mobility LLC (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court's Case Management Order (Docket #25) requires the parties to file a stipulated protective order by January 31, 2013;

WHEREAS, the parties have met and conferred regarding the terms of a protective order but due to the complexity of certain issues have not yet been able to fully consider and reach agreement on all terms;

WHEREAS, the parties believe that further time to meet and confer will greatly benefit the resolution of these issues and avoid unnecessary intervention by the Court;

WHEREAS, there have been no previous modifications to the Court's schedule, and an extension of the protective order deadline will not affect other Court-set deadlines;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the parties shall have an additional two weeks, until February 14, 2012, to file a stipulated protective order.

| | |
|---|---|
| Dated: January 31, 2013 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/ Ahren C. Hsu-Hoffman |
| | AHREN C. HSU-HOFFMAN |
| | Attorneys for Plaintiff |
| | FUJIFILM CORPORATION |
| Dated: January 31, 2013 | Respectfully submitted, |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | By /s/ Jordan Trent Jones |
| | JORDAN TRENT JONES |
| | Attorneys for Defendant |
| | MOTOROLA MOBILITY LLC |

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Ahren C. Hsu-Hoffman, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of January, 2013, at Palo Alto.

/s/ Ahren C. Hsu-Hoffman
Ahren C. Hsu-Hoffman

IT IS SO ORDERED.

DATED: 1/31/13

RICHARD SEEBORG
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 72968648.1

2

STIPULATION TO EXTEND DEADLINE
TO SUBMIT STIPULATED PROTECTIVE
ORDER; CASE NO. 3:12-CV-03587-RS