DANIEL JOHNSON, JR. (SBN 57409)
MICHAEL J. LYONS (SBN 202284)
AHREN C. HSU-HOFFMAN (SBN 250469)
COREY R. HOUMAND (SBN 268366)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
ahsu-hoffman@morganlewis.com
choumand@morganlewis.com

RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
rtautkus@morganlewis.com

Attorneys for Plaintiff
FUJIFILM CORPORATION

A. JAMES ISBESTER (SBN 129820)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone 415.576.0200
Facsimile: 415.576.0300
jisbester@kilpatricktownsend.com

JORDAN TRENT JONES (SBN 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650.326.2400
Facsimile: 650.326.2422
jtjones@kilpatricktownsend.com

Attorneys for Defendant,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | Case No. 3:12-cv-03587-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO SUBMIT A STIPULATED PROTECTIVE ORDER (FROM FEBRUARY 14, 2013 TO FEBRUARY 28, 2013)** |

DB1/ 73128169.1

STIPULATION TO EXTEND DEADLINE
TO SUBMIT STIPULATED PROTECTIVE
ORDER; CASE NO. 3:12-CV-03587-RS

Plaintiff Fujifilm Corporation and Defendant Motorola Mobility LLC (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court's Case Management Order (Docket #25) required the parties to file a stipulated protective order by January 31, 2013.  One previous request for a two-week extension to February 14, 2013 was granted (Docket #27);

WHEREAS, the parties have diligently met and conferred regarding the terms of a protective order but due to the complexity of certain issues have not yet been able to fully consider and reach agreement on all terms;

WHEREAS, the parties believe that further time to meet and confer will greatly benefit the resolution of these issues and avoid unnecessary intervention by the Court;

WHEREAS, a further extension of the protective order deadline will not affect other Court-set deadlines;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the parties shall have an additional two weeks, until February 28, 2013, to file a stipulated protective order.

Dated: February 13, 2013                    Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP


                                            By /s/ Ahren C. Hsu-Hoffman
                                                AHREN C. HSU-HOFFMAN
                                                Attorneys for Plaintiff
                                                FUJIFILM CORPORATION

Dated: February 13, 2013

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By /s/ Jordan Trent Jones
    JORDAN TRENT JONES
    Attorneys for Defendant
    MOTOROLA MOBILITY LLC

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Ahren C. Hsu-Hoffman, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of February, 2013, at Palo Alto.

/s/ Ahren C. Hsu-Hoffman
Ahren C. Hsu-Hoffman

IT IS SO ORDERED.

DATED: 2/14/13

RICHARD SEEBORG
United States District Judge