1  DANIEL JOHNSON, JR. (SBN 57409)
   RITA E. TAUTKUS (SBN 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Telephone:  415.442.1000
4  Facsimile:  415.442.1001
   djjohnson@morganlewis.com
5  rtautkus@morganlewis.com

6  NATHAN MCCUTCHEON (*pro hac vice*)
   MARK W. TAYLOR (*pro hac vice*)
7  BRADFORD A. CANGRO (*pro hac vice*)
   DAE GUNN JEI (*pro hac vice*)
8  MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue NW
9  Washington, DC 20004
   Telephone: 202.739.3000
10 Facsimile: 202.739.3001
   mark.taylor@morganlewis.com
11 bcangro@morganlewis.com
   djei@morganlewis.com

A. JAMES ISBESTER (SBN 129820)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone 415.576.0200
Facsimile: 415.576.0300
jisbester@kilpatricktownsend.com

JORDAN TRENT JONES (SBN 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone:  650.326.2400
Facsimile:  650.326.2422
jtjones@kilpatricktownsend.com

Attorneys for Defendant
MOTOROLA MOBILITY LLC

Attorneys for Plaintiff
FUJIFILM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION, a Japanese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. C 12-03587 WHO<br><br>**STIPULATION AND ORDER REGARDING AMENDED AND SUPPLEMENTAL CHARTS FOR PLAINTIFF'S PATENT L.R. 3-1 DISCLOSURES** |

Plaintiff Fujifilm Corporation ("Fujifilm") and Defendant Motorola Mobility LLC ("Motorola") (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California ("Local Patent Rules") require a party claiming patent infringement to serve claim charts identifying where the asserted patent claims' limitations are found within the accused instrumentalities (Patent L.R. 3-1(c)) no later than 14 days after the Initial Case Management Conference;

WHEREAS, Fujifilm served its Disclosure of Asserted Claims and Infringement Contentions Pursuant to Patent L.R. 3-1, to which claim charts pursuant to Patent L.R. 3-1(c) were attached, on February 22, 2013;

WHEREAS, Motorola disputed the sufficiency of Fujifilm's original contentions and Fujifilm disputed the sufficiency of Motorola's initial document productions;

WHEREAS, pursuant to a number of meet and confers between the parties conducted in an effort to resolve the disputes, Fujifilm agreed to amend and supplement its Patent L.R. 3-1 disclosures and Motorola agreed to supplement its document productions.

WHEREAS, the Local Patent Rules provide that amendment of infringement contentions may only be made by order of the Court upon a timely motion (Patent L.R. 3-6);

THEREFOR, pursuant to the parties' agreement, and in an effort to avoid unnecessary motions practice, Fujifilm provided Motorola with amended and supplemental claim charts for Fujifilm's Infringement Contentions on September 26, 2013.

While the parties agreed and hereby stipulate to allow Fujifilm to amend its Patent L.R. 3-1 disclosures without a motion pursuant to Patent L.R. 3-6, nothing herein shall be deemed to waive any rights Motorola may have to object to the sufficiency of Fujifilm's Amended and Supplemental Infringement Contentions and nothing herein shall be deemed to waive any right Fujifilm may have to object to the sufficiency of Motorola's supplemental document productions.

| | |
|---|---|
| Dated: October 7, 2013 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | By /s/ Rita E. Tautkus |
| | RITA E. TAUTKUS |
| | Attorneys for Plaintiff |
| | FUJIFILM CORPORATION |
| Dated: October 7, 2013 | Respectfully submitted, |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | |
| | By /s/ Jordan Trent Jones |
| | JORDAN TRENT JONES |
| | Attorneys for Defendant |
| | MOTOROLA MOBILITY LLC |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Rita E. Tautkus, attest that concurrence in the filing of the document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of October 2013, at San Francisco, California.

/s/ Rita E. Tautkus
Rita E. Tautkus

IT IS SO ORDERED.

DATED: October 9, 2013

WILLIAM H. ORRICK
United States District Judge

DB1/ 75837694.5

2

STIP. AND ORDER RE: AMENDED AND SUPPLEMENTAL CHARTS FOR PLTF'S PATENT L.R. 3-1 DISCLOSURES CASE NO. C 12-03587 WHO