UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** December 17, 2013 | **Time:** 12 minutes<br>2:06 p.m. to 2:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 12-cv-03587-WHO | **Case Name:** Fujifilm Corporation v. Motorola Mobility Holdings, Inc. | |

**Attorney for Plaintiff:** Daniel Johnson and Bradford Cangro
**Attorney for Defendant:** Jordan Jones

**Deputy Clerk:** Jean Davis              **Court Reporter:** FTR Recording

PROCEEDINGS

Case Management Conference conducted. Mediation deadline extended to **January 31, 2014**. Court advises the parties that the claims should be limited in accordance with the model order regarding patent matters in use in the district.

Claims (16 total, no more than 5 per patent) to be identified by January 31, 2014, and references (20 total, no more than 6 per patent) to be identified by February 14, 2014. Parties to meet and confer and provide the Court with a stipulated discovery schedule, or request that the Court set the schedule if stipulation is not possible.

**PRETRIAL SCHEDULE:**

**Motions heard by:**          **January 21, 2015**
**Pretrial Conference:**       **April 6, 2015**
**Trial:**                     **April 20, 2015 a**t **8:30 a.m. by Jury**