DANIEL JOHNSON, JR. (SBN 57409)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  415.442.1000
Facsimile:  415.442.1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

NATHAN W. MCCUTCHEON (*pro hac vice*)
MARK W. TAYLOR (*pro hac vice*)
BRADFORD A. CANGRO (*pro hac vice*)
JACOB A. SNODGRASS (*pro hac vice*)
DAE GUNN JEI (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001
nmccutcheon@morganlewis.com
mark.taylor@morganlewis.com
bcangro@morganlewis.com
jsnodgrass@morganlewis.com
djei@morganlewis.com

Attorneys for Plaintiff
FUJIFILM CORPORATION

A. JAMES ISBESTER (SBN 129820)
BENJAMIN KLEINMAN-GREEN (SBN 261846)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone 415.576.0200
Facsimile: 415.576.0300
jisbester@kilpatricktownsend.com
bkleinman-green@kilpatricktownsend.com

JORDAN TRENT JONES (SBN 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone:  650.326.2400
Facsimile:  650.326.2422
jtjones@kilpatricktownsend.com

Attorneys for Defendant
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION, a Japanese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. C 12-03587 WHO<br><br>**STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

Pursuant to the Court's instructions in the Case Management Conference and corresponding Civil Minutes, dated December 17, 2013, ECF No. 72, Plaintiff Fujifilm Corporation ("Fujifilm") and Defendant Motorola Mobility LLC ("Motorola") submit the following Stipulated Case Schedule:

| EVENT | AGREED DEADLINE |
| --- | --- |
| Mediation | January 31, 2014 |
| Reduction of Asserted Claims | January 31, 2014 |
| Reduction of Asserted Prior Art | February 14, 2014 |
| Close of Fact Discovery | July 18, 2014 |
| Initial Expert Reports | October 3, 2014 |
| Rebuttal Expert Reports | October 24, 2014 |
| Close of Expert Discovery | November 14, 2014 |
| Dispositive Motions | December 1, 2014 |
| Dispositive Motion Oppositions | December 15, 2014 |
| Dispositive Motion Reply Briefs | December 22, 2014 |
| Dispositive Motion Hearing | January 21, 2015 |
| Pretrial Conference | April 6, 2015 |
| Trial | April 20, 2015 |

STIPULATION AND ORDER REGARDING
CASE SCHEDULE
CASE NO. C 12-03587 WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: December 23, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Bradford A. Cangro
     BRADFORD A. CANGRO
     Attorneys for Plaintiff
     FUJIFILM CORPORATION

Dated: December 23, 2013

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By  /s/ Jordan Trent Jones (with permission)
     JORDAN TRENT JONES
     Attorneys for Defendant
     MOTOROLA MOBILITY LLC

STIPULATION AND ORDER REGARDING
CASE SCHEDULE
CASE NO. C 12-03587 WHO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Bradford A. Cangro, attest that concurrence in the filing of the document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of December 2013, at Washington, DC.


/s/ Bradford A. Cangro
Bradford A. Cangro

STIPULATION AND ORDER REGARDING
CASE SCHEDULE
CASE NO. C 12-03587 WHO

1          IT IS SO ORDERED.

2

3     DATED: December 26, 2013
                                            _____
4                                           WILLIAM H. ORRICK
                                            United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING
CASE SCHEDULE
CASE NO. C 12-03587 WHO