UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUJIFILM CORPORATION,

Plaintiff,

v.

MOTOROLA MOBILITY LLC,

Defendant.

Case No. 12-cv-03587-WHO

**ORDER SETTING TELEPHONE HEARING ON DISCOVERY ISSUES**

Re: Dkt. Nos. 103, 105

My Standing Order For Civil Cases requires that, in the event of a discovery dispute, the parties make a good faith effort to resolve the dispute informally, after which they may submit a five-page joint letter to the Court stating the nature and status of their dispute if it remains. Compliance with this requirement allows me to see whether I can resolve the matter quickly, saving time for the lawyers and money for the clients, or whether the issues are more appropriate for a magistrate judge to sort out.

The parties here ignored my Standing Order. They have wasted their time and probably charged their clients for fully briefing two discovery motions. Since the motions are now pending, and have been reviewed, I will not waste everyone's time and money further by requiring them to be resubmitted to comply with the Standing Order. Instead, I will vacate the motions from the law and motion calendars of April 23 and 30, 2014, and hold a short telephone hearing at 9:00 a.m. on Monday, April 21, 2014. My courtroom deputy, Ms. Jean Davis, will make arrangements with counsel. Counsel are admonished to read my Standing Order before the hearing.

**IT IS SO ORDERED.**

Dated: April 16, 2014

WILLIAM H. ORRICK
United States District Judge