1  James Isbester (CA State Bar No.: 129820)
   Benjamin Kleinman-Green (CA State Bar No.: 261846)
2  Sara B. Giardina (CA State Bar No. 278954)
   KILPATRICK TOWNSEND & STOCKTON LLP
3  Two Embarcadero Center, Eighth Floor
   San Francisco, CA 94111
4  Tel.:  (415) 576-0200
   Fax:   (415) 576-0300
5  Email: jisbester@kilpatricktownsend.com
          bkleinman-green@kilpatricktownsend.com
6         sgiardina@kilpatricktownsend.com

7  Jordan Trent Jones (CA State Bar No.: 166600)
   KILPATRICK TOWNSEND & STOCKTON LLP
8  1080 Marsh Road
   Menlo Park, CA  94025
9  Tel.:  (650) 326-2400
   Fax:   (650) 326-2422
10 Email: jtjones@kilpatricktownsend.com

11 Taylor Higgins Ludlam (*Pro Hac Vice*)
   KILPATRICK TOWNSEND & STOCKTON LLP
12 4208 Six Forks Road, Suite 1400
   Raleigh, North Carolina 27609
13 Tel:   919-420-1705
   Fax:   919-420-1800
14 Email: taludlam@kilpatricktownsend.com

15 Attorneys for Defendant
   MOTOROLA MOBILITY LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FUJIFILM CORPORATION, A JAPANESE CORPORATION,<br><br>                Plaintiff,<br><br>       v.<br><br>MOTOROLA MOBILITY LLC, a Delaware Limited Liability Company,<br><br>                Defendant. | Civil Action No. C 12-03587 WHO<br><br>**DECLARATION OF JORDAN TRENT JONES IN SUPPORT OF MOTOROLA MOBILITY LLC'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  June 18, 2014<br>Time:  2:00 p.m.<br>Dept.: Courtroom 2, 17th Flr. |

I, Jordan Trent Jones, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an attorney with the law firm of Kilpatrick Townsend & Stockton LLP and am one of the attorneys representing Motorola Mobility LLC in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify to the matters stated herein.

2. As Motorola investigated Fujifilm's alleged invention of the '119 patent, Motorola learned that the patent was filed after Fujifilm and Nokia began jointly developing software to transfer images from Fujifilm cameras to wireless printers via Nokia smart phones.

3. Motorola first learned of the collaboration with Nokia during May, 2013 through an internet search that identified a Nokia press release dated February 14, 2000. On May 29, 2013, Motorola served Fujifilm with discovery requests seeking documents regarding the collaboration. Fujifilm produced responsive documents relating to the collaboration on October 18, 2013. Prior to receiving Fujifilm's October 18, 2013 document production, Motorola also served an interrogatory seeking information regarding the Nokia-Fujifilm collaboration.

4. In September 2013, Motorola noticed the deposition of the inventor of the '119 patent, Mr. Konishi; Motorola subsequently learned that Mr. Konishi was no longer employed by Fujifilm and would not be made available for a deposition.

5. In early 2014, Motorola deposed Fujifilm witnesses who testified regarding the Nokia/Fujifilm collaboration and other issues relevant to the '119 patent. On February 20 and 21, 2014, Motorola deposed Mr. Mikio Watanabe, both in his individual capacity and as a 30(b)(6) witness. On April 20, 2014, Motorola deposed Mr. Sugio Makishima. On April 21 and 22, 2014, Motorola deposed Mr. Hiroshi Tanaka.

6. Motorola has served two subpoenas on Nokia seeking documents related to prior art, the Nokia-Fujifilm collaboration, and the inventorship of the '119 patent. The first subpoena was served on September 11, 2013 and the second was served on April 1, 2014.

7. Motorola has served interrogatories and document requests on Fujifilm, which relate Fujifilm's membership in the Bluetooth SIG and Motorola's licensing defense.

8. On April 14, 2014, Motorola served a subpoena on the Bluetooth SIG seeking documents relating to Motorola's licensing defense.

9. Motorola is in the process of scheduling a 30(b)(6) deposition of a Fujifilm witness on several topics, including Fujifilm's membership in the Bluetooth SIG.

10. On March 26, 2014, Fujifilm deposed Mr. Roland Labana, a Motorola Rule 30(b)(6) designee, specifically on the Bluetooth functionality and features of the accused Motorola products.

11. Attached hereto as Exhibit A is a true and correct copy of Motorola's Proposed First Amended Answer to Fujifilm's First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 14th day of May, 2014 at Menlo Park, California.

JORDAN TRENT JONES

66248919V.1

