| | |
|---|---|
| James Isbester (CA SBN 129820) | Daniel Johnson, Jr. (SBN 57409) |
| Benjamin Kleinman-Green (CA SBN 261846) | Rita E. Tautkus (SBN 162090) |
| Sara B. Giardina (CA SBN 278954) | Ahren C. Hsu-Hoffman (SBN 250469) |
| KILPATRICK TOWNSEND & STOCKTON LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Two Embarcadero Center, Eighth Floor | 2 Palo Alto Square |
| San Francisco, CA 94111 | 3000 El Camino Real, Suite 700 |
| Tel.: (415) 576-0200 | Palo Alto, CA 94306-2122 |
| Fax: (415) 576-0300 | Tel: (650) 843-4000 |
| Email: jisbester@kilpatricktownsend.com | Fax: (650) 843-4001 |
| bkleinman-green@kilpatricktownsend.com | Email: djjohnson@morganlewis.com |
| sgiardina@kilpatricktownsend.com | rtautkus@morganlewis.com |
| | ahsu-hoffman@morganlewis.com |
| Jordan Trent Jones (CA SBN 166600) | |
| KILPATRICK TOWNSEND & STOCKTON LLP | Nathan W. McCutcheon (*pro hac vice*) |
| 1080 Marsh Road | Mark W. Taylor (*pro hac vice*) |
| Menlo Park, CA 94025 | Bradford A. Cangro (*pro hac vice*) |
| Tel.: (650) 326-2400 | Jacob A. Snodgrass (*pro hac vice*) |
| Fax: (650) 326-2422 | Dae Gunn Jei (*pro hac vice*) |
| Email: jtjones@kilpatricktownsend.com | MORGAN, LEWIS & BOCKIUS LLP |
| | 1111 Pennsylvania Avenue NW |
| Taylor Higgins Ludlam (*Pro Hac Vice*) | Washington, DC 20004 |
| KILPATRICK TOWNSEND & STOCKTON LLP | Tel: (202) 739-3000 |
| 4208 Six Forks Road, Suite 1400 | Fax: (202) 739-3001 |
| Raleigh, North Carolina 27609 | Email: nmccutcheon@morganlewis.com |
| Tel: 919-420-1705 | mark.taylor@morganlewis.com |
| Fax: 919-420-1800 | bcangro@morganlewis.com |
| Email: taludlam@kilpatricktownsend.com | jsnodgrass@morganlewis.com |
| | djei@morganlewis.com |
| Attorneys for Defendant | |
| MOTOROLA MOBILITY LLC | Attorneys for Plaintiff |
| | FUJIFILM CORPORATION |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION, A JAPANESE CORPORATION,<br><br>           Plaintiff,<br>     v.<br><br>MOTOROLA MOBILITY LLC, a Delaware Limited Liability Company,<br><br>           Defendant. | Civil Action No. C 12-03587 WHO<br><br>**STIPULATION AND ORDER REGARDING ONGOING REVIEW OF SOURCE CODE AND EXTENDING DEADLINE FOR THE PARTIES TO COMPLETE LIMITED FACT DISCOVERY** |



STIPULATION AND ORDER REGARDING SOURCE CODE AND THIRD-PARTY
DISCOVERY; CASE NO. C12-03587 WHO

1    Plaintiff Fujifilm Corporation and Defendant Motorola Mobility LLC (collectively, the
2    "parties"), by and through their undersigned counsel, hereby stipulate as follows:
3    WHEREAS, in the Court's Order Regarding Scheduling (Docket #82), the Court approved
4    the parties' agreed-on deadline of July 18, 2014 as the close of fact discovery;
5    WHEREAS, the parties have endeavored to complete all fact discovery by this deadline
6    but believe that it is reasonably necessary for the source code produced in this action by Motorola,
7    as well as by third-parties Qualcomm Incorporated, NVIDIA Corporation, Texas Instruments, and
8    Hewlett-Packard Company, to be available for further review by the parties' respective experts
9    and that additional time should be afforded to accommodate the schedules of and minimize the
10   burdens on third parties who have been subpoenaed for documents and/or testimony;
11   WHEREAS, since source code is expected to be addressed in upcoming expert reports and
12   the subject of deposition and trial testimony, the parties agree it may be reasonably necessary for
13   their respective experts to further consult the source code to prepare their reports and to testify
14   and, as such, jointly request permission to access the source code produced by Motorola for
15   review and printing through trial and, subject to working out the details with the third parties, to
16   access the source code produced by those third parties for review and printing at least until
17   January 16, 2015, but this source code accessibility shall not change or modify any deadlines
18   established by the Court;
19   WHEREAS, to accommodate and coordinate with the schedules of third parties whose
20   depositions have been noticed by one or both of the parties for documents and/or testimony, and to
21   afford the parties additional time to attempt to reach agreements on the admissibility of third-party
22   declaration testimony, which could potentially obviate the need for certain third parties to sit for
23   depositions, the parties jointly request a short three-week extension of the July 18, 2014 deadline
24   to meet and confer in this regard and complete the taking of discovery from these third parties,
25   including Qualcomm Incorporated, NVIDIA Corporation, Texas Instruments, Omnivision
26   Technologies Inc., Aptina Imaging Corp., Hewlett-Packard Company, Bluetooth SIG, Stewart
27   Cheifet, Olaf Joeressen, Jani Kaikko, Nokia, Microsoft, Ericsson, Jim Kardach, Simon Ellis, and
28   Intel;

1  WHEREAS, opening expert reports are due on October 3, 2014, there have been no prior
2  requests for extensions to the July 18, 2014 fact discovery deadline, and a limited extension of this
3  deadline for the limited purpose of conducting third-party discovery will not affect any other
4  Court-set deadlines.

5  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
6  through their respective attorneys of record that (1) the parties are permitted to access the source
7  code produced by Motorola for review and printing through trial and, subject to working out the
8  details with the third parties, to access the source code produced by those third parties for review
9  and printing at least until January 16, 2015; and (2) the July 18, 2014 deadline for the taking of
10 fact discovery is extended by three weeks, until August 8, 2014, to complete the taking of
11 discovery from third parties who have been subpoenaed for documents and/or testimony.

12 DATED: July 15, 2014          Respectfully submitted,

13                                KILPATRICK TOWNSEND & STOCKTON LLP

15                                By:    */s/Jordan Trent Jones*
16                                       A. James Isbester
                                         Benjamin Kleinman-Green
17                                       Jordan Trent Jones

18                                       Attorneys for Defendant,
                                         Motorola Mobility LLC

19 DATED: July 15, 2014          Respectfully submitted,

20                                MORGAN, LEWIS & BOKIUS LLP

22
23                                By:    */s/Ahren C. Hsu-Hoffman*
                                         Ahren C. Hsu-Hoffman

24                                       Attorneys for Plaintiff
25                                       Fujifilm Corporation

26 / / /
27 / / /
28 / / /



STIPULATION AND ORDER REGARDING SOURCE CODE AND THIRD-PARTY
DISCOVERY; CASE NO. C12-03587 WHO                                                       - 2 -

## **ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel, as indicated by a "confirmed" signature (/s/) within the e-filed document.

                                               */s/Jordan Trent Jones*
                                               Jordan Trent Jones

IT IS SO ORDERED.

Dated: July 15, 2014

                                  WILLIAM H. ORRICK, III
                                  United States District Judge

