1
DANIEL JOHNSON, JR. (SBN 57409)
AHREN C. HSU-HOFFMAN (SBN 250469)
2
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3
3000 El Camino Real, Suite 700
Palo Alto, California 94306-2122
4
Telephone: 650.843.4000
Facsimile: 650.843.4001
5
djjohnson@morganlewis.com
ahsu-hoffman@morganlewis.com
6
NATHAN W. McCUTCHEON (pro hac vice)
7
MARK W. TAYLOR (pro hac vice)
BRADFORD A. CANGRO (pro hac vice)
8
JACOB A. SNODGRASS (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
9
1111 Pennsylvania Avenue NW
Washington, DC 20004
10
Telephone: 202.739.3000
Facsimile: 202.739.3001
11
nmccutcheon@morganlewis.com
mark.taylor@morganlewis.com
12
bcangro@morganlewis.com
jsnodgrass@morganlewis.com
13
MARK K. DICKSON (SBN 148302)
14
PHASE M, LLP
205 De Anza Blvd, Suite 212
15
San Mateo, CA 94402-3989
Telephone (650) 346-6675
16
Facsimile (650) 349-3521
E-mail: mdickson@phasem.com
17

Attorneys for Plaintiff
18
FUJIFILM CORPORATION

A. JAMES ISBESTER (SBN 129820)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone 415.576.0200
Facsimile: 415.576.0300
jisbester@kilpatricktownsend.com

JORDAN TRENT JONES (SBN 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650.326.2400
Facsimile: 650.326.2422
jtjones@kilpatricktownsend.com

Attorneys for Defendant,
MOTOROLA MOBILITY LLC

19

UNITED STATES DISTRICT COURT

20

NORTHERN DISTRICT OF CALIFORNIA

21

SAN FRANCISCO DIVISION

22

23
FUJIFILM CORPORATION,

24
              Plaintiff,

25
       v.

26
MOTOROLA MOBILITY LLC,

27
              Defendant.

28

Case No. C 12-03587 WHO

**STIPULATION AND
ORDER REGARDING EXTENDING
DEADLINE FOR THE PARTIES TO
COMPLETE LIMITED FACT
DISCOVERY**

1    Plaintiff Fujifilm Corporation and Defendant Motorola Mobility LLC (collectively, the

2    "parties"), by and through their undersigned counsel, hereby stipulate as follows:

3    WHEREAS, in the Court's Order Regarding Scheduling (Docket #82), the Court

4    approved the parties' agreed-on deadline of July 18, 2014 as the close of fact discovery;

5    WHEREAS, in the Stipulation and Court Order Regarding Ongoing Review of Source

6    Code and Extending Deadline for the Parties to Complete Limited Fact Discovery (Docket #131),

7    the Court approved the parties stipulation to a short extension until August 8, 2014 to complete

8    limited fact discovery, and approved the parties stipulation to permit access to the source code

9    produced by certain third parties for review and printing until at least January 16, 2015;

10   WHEREAS, the parties have endeavored to complete all fact discovery by the extended

11   deadline of August 8, 2014, but believe that it is reasonably necessary that additional time should

12   be afforded to accommodate the schedules of and minimize the burdens on third parties who were

13   subpoenaed for documents and/or testimony before August 8, 2014, including representations

14   from Nvidia Corporation that its designated witness is not available for deposition until the week

15   of August 25-29, 2014.

16   WHEREAS, to accommodate and coordinate with the schedules of third parties whose

17   depositions have been noticed by one or both of the parties for documents and/or testimony, and

18   to afford the parties additional time to attempt to reach agreements on the admissibility of third-

19   party declaration testimony, which could potentially obviate the need for certain third parties to

20   sit for depositions or produce source code, the parties jointly request a short three-week extension

21   of the August 8, 2014 deadline to meet and confer in this regard and complete the taking of

22   discovery from these third parties, including the following contemplated discovery: a deposition

23   of and possible declaration from Nvidia Corporation, a declaration from or possible deposition of

24   OmniVision Technologies, Inc., a declaration from Qualcomm Incorporated, a declaration from

25   Texas Instruments Inc., a declaration from Hewlett-Packard Company, a deposition of Jani

26   Kaikko, and a deposition of Microsoft Corporation.

27   WHEREAS, there has been one prior request for a short extension to the initial July 18,

28   2014 fact discovery deadline, and a further limited extension of this deadline for the limited

STIPULATION AND ORDER REGARDING EXTENDING DEADLINE
FOR THE PARTIES TO COMPLETE LIMITED FACT DISCOVERY
CASE NO. C 12-03587 WHO

1   purpose of conducting third-party discovery will not affect any other Court-set deadlines.

2           NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto

3   through their respective attorneys of record that the August 8, 2014 deadline for the taking of fact

4   discovery is (1) extended by two weeks, until August 22, 2014, to complete the taking of

5   discovery from third parties OmniVision, Qualcomm Incorporated, Texas Instruments Inc., and

6   Hewlett-Packard Company, and (2) extended by three weeks, until August 29, 2014 to compete

7   the taking of discovery from third parties Nvidia Corporation, Microsoft Corporation, and Jani

8   Kaikko.

9

10  Dated: August 8, 2014                    Respectfully submitted,

11                                           PHASE M, LLP

12

13                                           By /s/ Mark K. Dickson
                                             MARK K. DICKSON
14                                           Attorneys for Plaintiff
                                             FUJIFILM CORPORATION
15

16  Dated: August 8, 2014                    Respectfully submitted,

17                                           MORGAN, LEWIS & BOCKIUS LLP

18

19                                           By /s/ Mark W. Taylor
                                             MARK W. TAYLOR
20                                           Attorneys for Plaintiff
                                             FUJIFILM CORPORATION
21
    Dated: August 8, 2014
22
                                             Respectfully submitted,
23
                                             KILPATRICK TOWNSEND & STOCKTON LLP
24

25                                           By /s/ Jordan Trent Jones
                                             JORDAN TRENT JONES
26                                           Attorneys for Defendant
                                             MOTOROLA MOBILITY LLC
27

28

                                     2   STIPULATION AND ORDER REGARDING EXTENDING DEADLINE
                                         FOR THE PARTIES TO COMPLETE LIMITED FACT DISCOVERY
                                         CASE NO. C 12-03587 WHO

1

**ATTESTATION CLAUSE REGARDING SIGNATURES**

2

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Mark K. Dickson, attest that

3

concurrence in the filing of this document has been obtained from each of the other signatories, as

4

indicated by a "confirmed" signature (/s/) within the e-filed document.  I declare under penalty of

5

perjury under the laws of the United States of America that the foregoing is true and correct.

6

Executed August 8, 2014, at San Mateo, California.

7

8

/s/ Mark K. Dickson
Mark K. Dickson

9

10

11

IT IS SO ORDERED.

12

13

DATED:   August 11, 2014

14

WILLIAM H. ORRICK, III
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING EXTENDING DEADLINE
FOR THE PARTIES TO COMPLETE LIMITED FACT DISCOVERY
CASE NO. C 12-03587 WHO