| | |
|---|---|
| James Isbester (CA SBN 129820)<br>Benjamin Kleinman-Green (CA SBN 261846)<br>Sara B. Giardina (CA SBN 278954)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Tel.: (415) 576-0200<br>Fax: (415) 576-0300<br>Email: jisbester@kilpatricktownsend.com<br>          bkleinman-green@kilpatricktownsend.com<br>          sgiardina@kilpatricktownsend.com<br><br>Jordan Trent Jones (CA SBN 166600)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Tel.: (650) 326-2400<br>Fax: (650) 326-2422<br>Email: jtjones@kilpatricktownsend.com<br><br>Taylor Higgins Ludlam (*Pro Hac Vice*)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, North Carolina 27609<br>Tel: 919-420-1705<br>Fax: 919-420-1800<br>Email: taludlam@kilpatricktownsend.com<br><br>Attorneys for Defendant<br>MOTOROLA MOBILITY LLC | Daniel Johnson, Jr. (SBN 57409)<br>Rita E. Tautkus (SBN 162090)<br>Ahren C. Hsu-Hoffman (SBN 250469)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: (650) 843-4000<br>Fax: (650) 843-4001<br>Email: djjohnson@morganlewis.com<br>          rtautkus@morganlewis.com<br>          ahsu-hoffman@morganlewis.com<br><br>Nathan W. McCutcheon (*pro hac vice*)<br>Mark W. Taylor (*pro hac vice*)<br>Bradford A. Cangro (*pro hac vice*)<br>Jacob A. Snodgrass (*pro hac vice*)<br>Dae Gunn Jei (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001<br>Email: nmccutcheon@morganlewis.com<br>          mark.taylor@morganlewis.com<br>          bcangro@morganlewis.com<br>          jsnodgrass@morganlewis.com<br>          djei@morganlewis.com<br><br>Attorneys for Plaintiff<br>FUJIFILM CORPORATION |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION, A JAPANESE CORPORATION,<br><br>            Plaintiff,<br>    v.<br><br>MOTOROLA MOBILITY LLC, a<br>Delaware Limited Liability Company,<br><br>            Defendant. | Civil Action No. C 12-03587 WHO<br><br>**STIPULATION AND<br>ORDER EXTENDING DEADLINE FOR<br>SUMMARY JUDGMENT BRIEFS AND<br>TO COMPLETE EXPERT DISCOVERY** |



STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFS
AND EXPERT DISCOVERY DEADLINES; CASE NO. C12-03587 WHO

Plaintiff Fujifilm Corporation and Defendant Motorola Mobility LLC (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, in the Court's Pretrial Order (Docket #83), the Court set the deadline of November 14, 2014 as the close of expert discovery;

WHEREAS, the parties have completed 6 out of 13 depositions as of November 13, 2014;

WHEREAS, the parties have endeavored to complete all expert discovery by this deadline, but the availability of the various experts created coordination and calendar conflicts that prevented the parties from completing all of the depositions under the existing deadline;

WHEREAS, as a consequence, the parties believe that it is reasonably necessary for the deadline to be extended until November 25 to complete the outstanding depositions of expert witnesses;

WHEREAS, the dates for the remaining depositions have been confirmed by all parties and witnesses;

WHEREAS, the parties plan to use testimony from the expert depositions in their summary judgment motions, and the last deposition is scheduled to take place on November 25;

WHEREAS, the parties believe they will need until December 9 to adequately complete opening briefs for dispositive motions;

WHEREAS, the parties wish to modify the above-referenced dates as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Discovery Closes | November 14, 2014 | November 25, 2014 |
| Summary Judgment Opening Briefs | December 1, 2014 | December 9, 2014 |
| Summary Judgment Oppositions | December 15, 2014 | December 23, 2014 |
| Summary Judgment Replies | December 22, 2014 | January 6, 2015 |

WHEREAS, in view of the above reasons, good cause exists for the requested continuance and modifications;

WHEREAS, the parties' stipulation does not affect any other dates in the case schedule or otherwise accelerate or extend any other time frames set in the Local Rules or in the Federal Rules;



STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFS
AND EXPERT DISCOVERY DEADLINES; CASE NO. C12-03587 WHO - 1 -

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that (1) the November 14, 2014 deadline to complete expert discovery be extended 10 days, until November 25, 2014; (2) the deadline for opening summary judgment briefs shall be extended to December 9, 2014; (3) the deadline for oppositions to summary judgment briefs shall be extended to December 23, 2014; and (4) the deadline for replies to summary judgment briefs shall be extended to January 6, 2015.

DATED: November 14, 2014    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Jordan Trent Jones*
    Jordan Trent Jones

Attorneys for Defendant,
Motorola Mobility LLC

DATED: November 14, 2014    Respectfully submitted,

MORGAN, LEWIS & BOKIUS LLP

By: */s/Ahren C. Hsu-Hoffman*
    Ahren C. Hsu-Hoffman

Attorneys for Plaintiff
Fujifilm Corporation



# ATTESTATION CLAUSE REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel, as indicated by a "confirmed" signature (/s/) within the e-filed document.

　　　　　　　　　　　　　　　　　　　/s/Jordan Trent Jones
　　　　　　　　　　　　　　　　　　　Jordan Trent Jones

IT IS SO ORDERED.

Dated: November 17, 2014

_____
WILLIAM H. ORRICK, III
United States District Judge

66691111V.1

