DANIEL JOHNSON, JR. (SBN 57409)
AHREN C. HSU-HOFFMAN (SBN 250469)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
djjohnson@morganlewis.com
ahsu-hoffman@morganlewis.com

NATHAN W. McCUTCHEON (pro hac vice)
MARK W. TAYLOR (pro hac vice)
BRADFORD A. CANGRO (pro hac vice)
JACOB A. SNODGRASS (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001
nmccutcheon@morganlewis.com
mark.taylor@morganlewis.com
bcangro@morganlewis.com
jsnodgrass@morganlewis.com

Attorneys for Plaintiff
FUJIFILM CORPORATION

A. JAMES ISBESTER (SBN 129820)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone 415.576.0200
Facsimile: 415.576.0300
jisbester@kilpatricktownsend.com

JORDAN TRENT JONES (SBN 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650.326.2400
Facsimile: 650.326.2422
jtjones@kilpatricktownsend.com

TAYLOR LUDLAM (pro hac vice)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: 919.420.1705
Facsimile: 919.510.6141
taludlam@kilpatricktownsend.com

Attorneys for Defendant,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>MOTOROLA MOBILITY LLC,<br><br>            Defendant. | Case No. C 12-03587 WHO<br><br>**STIPULATION AND ORDER REGARDING DAMAGES EXPERT REPORTS SCHEDULE** |

Plaintiff Fujifilm Corporation and Defendant Motorola Mobility LLC (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, in the Court's Order Regarding Plaintiff's Request To Designate Replacement Expert Witness (Docket #147), the Court allowed Fujifilm to designate a new damages expert, setting December 5, 2014 as the due date to serve the new report, and directing the parties to submit a proposed schedule for Motorola's damages expert rebuttal report and depositions;

WHEREAS, Fujifilm has retained a substitute damages expert and Motorola granted permission for Fujifilm to disclose to the substitute damages expert confidential information produced by Motorola pursuant to paragraph 7.4(a)(2) of the Amended Stipulated Protective Order (Docket #122) on November 21, 2104;

WHEREAS, the parties request an 11-day extension of the December 5, 2014 deadline for Fujifilm to serve the new damages expert report on or before December 16, 2014;

WHEREAS, the parties request that Motorola's rebuttal damages expert report be due on January 15, 2014;

WHEREAS, the parties agree to complete all damages expert depositions by January 30, 2015;

WHEREAS, the parties agree that they will need an extension to the deadline for motions on summary judgment to damages-only issues as expert discovery on damages will not be complete by the current deadline for the hearing on summary judgment motions (January 21, 2015). Therefore, the parties agree that a separate motion for summary judgment of no more than 5 pages and solely on the issue of damages may be filed no later than February 20, 2015.[1] Oppositions to said motions will be due on February 27, 2015 and a Reply on March 6, 2015. The parties agree that this motion may be heard at the currently scheduled March 9, 2015 pre-trial hearing. Except as noted above, the extension of the damages expert report deadlines and

---

[1] The parties are conferring regarding an agreed maximum number of pages for summary judgment motions and whether motions for summary judgment on damages-only issues would count towards that total page limit.

1  depositions will not affect any other Court-set deadlines.

2      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
3  through their respective attorneys of record that: (1) the December 5, 2014 deadline for Fujifilm
4  to serve the new damages expert report is extended to December 16, 2014; (2) Motorola's rebuttal
5  damages expert report is due on January 15, 2015; (3) the parties will complete all damages
6  expert depositions by January 30, 2015; (4) the parties may file a short, no more than 5 page,
7  summary judgment motion solely on the issue of damages no later than Friday, February 20,
8  2015; (5) Oppositions of no more than 5 pages to the damages-only summary judgment motions
9  shall be due no later than Friday, February 27, 2015; and (6) Replies to the damages-only
10 summary judgment motion of no more than 3 pages shall be filed no later than Friday, March 6,
11 2015.

13 DATED: November 24, 2014    Respectfully submitted,

14                             KILPATRICK TOWNSEND & STOCKTON LLP

16                             By:   */s/ Taylor Ludlam*
17                                    Taylor Ludlam (Admitted Pro Hac Vice)

                                   Attorneys for Defendant,
18                                    Motorola Mobility LLC

19
20 DATED: November 24, 2014    MORGAN, LEWIS & BOCKIUS LLP

22                             By:   */s/ Daniel Johnson, Jr.*
                                   Daniel Johnson, Jr.

23                                    Attorneys for Plaintiff,
24                                    Fujifilm Corporation

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Daniel Johnson, Jr., attest that concurrence in the filing of this document has been obtained from each of the other signatories, as indicated by a "confirmed" signature (/s/) within the e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 24, 2014, at San Francisco, California.

 */s/ Daniel Johnson, Jr.*
Daniel Johnson, Jr.

IT IS SO ORDERED.

DATED: November 25, 2014

WILLIAM H. ORRICK, III
United States District Judge

STIPULATION AND ORDER REGARDING DAMAGES EXPERT REPORTS SCHEDULE;
CASE NO. C 12-03587 WHO

1