Case3:12-cv-03587-WHO Document151 Filed12/01/14 Page1 of 2

James Isbester (CA State Bar No.: 129820)
Benjamin Kleinman-Green (CA State Bar No.: 261846)
Sara B. Giardina (CA State Bar No. 278954)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Tel.: (415) 576-0200 / Fax: (415) 576-0300
Email: jisbester@kilpatricktownsend.com
bkleinman-green@kilpatricktownsend.com
sgiardina@kilpatricktownsend.com

Jordan Trent Jones (CA State Bar No.: 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Tel.: (650) 326-2400 / Fax: (650) 326-2422
Email: jtjones@kilpatricktownsend.com

Taylor Higgins Ludlam (*Pro Hac Vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, North Carolina 27609
Tel.: 919-420-1705 / Fax: 919-420-1800
Email: taludlam@kilpatricktownsend.com

Matias Ferrario (*Pro Hac Vice)*
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West 4th Street
Winston-Salem, NC 27101-2400
Tel.: (336) 607-7300 / Fax: (336) 607-7500
Email: mferrario@kilpatricktownsend.com

Attorneys for Defendant
MOTOROLA MOBILITY LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FUJIFILM CORPORATION, A JAPANESE CORPORATION,

Plaintiff,

v.

MOTOROLA MOBILITY LLC, a Delaware Limited Liability Company,

Defendant.

Civil Action No. C 12-03587 WHO

**ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT RE SUMMARY JUDGMENT MOTION**

ORDER GRANTING DEFENDANT'S ADMIN MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE ITS SUMMARY JUDGMENT MOTION
CASE NO. C12-03587 WHO

Case3:12-cv-03587-WHO Document151 Filed12/01/14 Page2 of 2

Now before the Court is Defendant Motorola Mobility LLC's ("Motorola") Administrative Motion for Leave to Exceed Page Limit Re Its Summary Judgment Motion. Upon consideration of the motion and the arguments presented, Motorola's Motion for Leave to Exceed Page Limit Re Its Summary Judgment Motion is GRANTED. Likewise, plaintiff Fujifilm Corporation is entitled to an additional ten pages in its opposition to the motion for summary judgment (35 pages total), and Motorola may have an additional five pages in reply (20 pages total).

IT IS SO ORDERED.

DATED: December 1, 2014

William H. Orrick
United States District Court Judge

66729393V.1

ORDER GRANTING DEFENDANT'S ADMIN MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE ITS SUMMARY JUDGMENT MOTION
CASE NO. C12-03587 WHO

- 1 -