| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409) | A. JAMES ISBESTER (SBN 129820) |
| AHREN C. HSU-HOFFMAN (SBN 250469) | BENJAMIN KLEINMAN-GREEN (SBN 261846) |
| MORGAN, LEWIS & BOCKIUS LLP | SARA B. GIARDINA (SBN 278954) |
| 2 Palo Alto Square | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3000 El Camino Real, Suite 700 | Two Embarcadero Center, Eighth Floor |
| Palo Alto, California 94306-2122 | San Francisco, CA 94111 |
| Telephone: 650.843.4000 | Telephone 415.576.0200/Facsimile: 415.576.0300 |
| Facsimile: 650.843.4001 | jisbester@kilpatricktownsend.com |
| djjohnson@morganlewis.com | bkleinmangreen@kilpatricktownsend.com |
| ahsu-hoffman@morganlewis.com | sgiardina@kilpatricktownsend.com |
| | |
| NATHAN W. McCUTCHEON (pro hac vice) | JORDAN TRENT JONES (SBN 166600) |
| MARK W. TAYLOR (pro hac vice) | KILPATRICK TOWNSEND & STOCKTON LLP |
| BRADFORD A. CANGRO (pro hac vice) | 1080 Marsh Road |
| JACOB A. SNODGRASS (pro hac vice) | Menlo Park, CA 94025 |
| MORGAN, LEWIS & BOCKIUS LLP | Telephone: 650.326.2400/Facsimile: 650.326.2422 |
| 1111 Pennsylvania Avenue NW | jtjones@kilpatricktownsend.com |
| Washington, DC 20004 | |
| Telephone: 202.739.3000 | TAYLOR LUDLAM (*Pro Hac Vice*) |
| Facsimile: 202.739.3001 | KILPATRICK TOWNSEND & STOCKTON LLP |
| nmccutcheon@morganlewis.com | 4208 Six Forks Road, Suite 1400 |
| mark.taylor@morganlewis.com | Raleigh, NC 27609 |
| bcangro@morganlewis.com | Telephone: 919.420.1705 |
| jsnodgrass@morganlewis.com | Facsimile: 919.510.6141 |
| | taludlam@kilpatricktownsend.com |
| Attorneys for Plaintiff | |
| FUJIFILM CORPORATION | MATIAS FERRARIO (*Pro Hac Vice*) |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 1001 West 4th Street |
| | Winston-Salem, NC 27101-2400 |
| | Tel.: (336) 607-7300 / Fax: (336) 607-7500 |
| | Email: mferrario@kilpatricktownsend.com |
| | |
| | Attorneys for Defendant, |
| | MOTOROLA MOBILITY LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION, | Case No. C 12-03587 WHO |
| Plaintiff, | **STIPULATION [AND PROPOSED ORDER] REGARDING THE FILING OF EXCERPTS FROM EXPERT REPORTS IN CONNECTION WITH SUMMARY JUDGMENT MOTIONS** |
| v. | |
| MOTOROLA MOBILITY LLC, | |
| Defendant. | |

Plaintiff Fujifilm Corporation and Defendant Motorola Mobility LLC (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 56 and the Federal Rules of Evidence, the parties may file true and correct copies of relevant excerpts of Expert Reports in lieu of filing entire Expert Reports in connection with the parties' briefing on motions for summary judgment.  The parties further stipulate and agree that they will not raise an objection to the motions for summary judgment solely on the ground that Expert Reports were not filed in their entirety with the respective summary judgment motions and agree and stipulate that the filing of excerpts of the Expert Reports in connection with said motions satisfies the requirements of the Federal Rules of Evidence as it relates to the requirement that documents be filed in full.

DATED:  December 9, 2014          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ Taylor Ludlam*
         Taylor Ludlam (Admitted *Pro Hac Vice*)

Attorneys for Defendant,
Motorola Mobility LLC

DATED:  December 9, 2014          MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ Bradford A. Cangro*
         Bradford A. Cangro (Admitted Pro Hac Vice)
         Attorneys for Plaintiff,
         Fujifilm Corporation

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Taylor Ludlam, attest that concurrence in the filing of this document has been obtained from each of the other signatories, as indicated by a "confirmed" signature (/s/) within the e-filed document.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 9, 2014, at Raleigh, North Carolina.

*/s/ Taylor Ludlam*
Taylor Ludlam

    IT IS SO ORDERED.

DATED:

WILLIAM H. ORRICK, III
United States District Judge