1 | James Isbester (CA State Bar No.: 129820)
Benjamin Kleinman-Green (CA State Bar No.: 261846)
2 | Sara B. Giardina (CA State Bar No. 278954)
KILPATRICK TOWNSEND & STOCKTON LLP
3 | Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
4 | Tel.: (415) 576-0200 / Fax: (415) 576-0300
Email: jisbester@kilpatricktownsend.com
5 | bkleinman-green@kilpatricktownsend.com
sgiardina@kilpatricktownsend.com

Jordan Trent Jones (CA State Bar No.: 166600)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Tel.: (650) 326-2400 / Fax: (650) 326-2422
Email: jtjones@kilpatricktownsend.com

Taylor Higgins Ludlam (*Pro Hac Vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, North Carolina 27609
Tel.: 919-420-1705 / Fax: 919-420-1800
Email: taludlam@kilpatricktownsend.com

Matias Ferrario (*Pro Hac Vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West 4th Street
Winston-Salem, NC 27101-2400
Tel.: (336) 607-7300 / Fax: (336) 607-7500
Email: mferrario@kilpatricktownsend.com

Attorneys for Defendant
MOTOROLA MOBILITY LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION, A JAPANESE CORPORATION,<br><br>Plaintiff,<br>v.<br><br>MOTOROLA MOBILITY LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Civil Action No. C 12-03587 WHO<br><br>**[PROPOSED] ORDER GRANTING MOTOROLA MOBILITY LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 21, 2015<br>Time: 2:00 p.m.<br>Crtrm.: 2, 17th Floor<br>Honorable William H. Orrick |



[PROPOSED] ORDER GRANTING MOTOROLA MOBILITY LLC'S MOTION FOR SUMMARY
JUDGMENT
CASE NO. C12-03587 WHO

1  Now before the Court is Defendant Motorola Mobility LLC's ("Motorola") Motion for
2  Summary Judgment. Upon consideration of the motion and any arguments presented, it is
3  ORDERED that
4  Summary judgment of non-infringement is granted for U.S. Patent No. 5,734,427;
5  Summary judgment of non-infringement is granted for U.S. Patent No. 6,144,763;
6  Summary judgment of non-infringement is granted for U.S. Patents Nos. 7,327,886 and
7  8,306,285;
8  Summary judgment of non-infringement is granted for claim 13 of U.S. Patent No.
9  6,915,119;
10  Summary judgment of non-infringement is granted for claims 1 and 35 of U.S. Patent No.
11  6,915,119;
12  Summary judgment of non-infringement of U.S. Patent No. 6,915,119 under the doctrine of
13  equivalents is granted;
14  Summary judgment of no willful infringement is granted as to U.S. Patent Nos. 5,734,427,
15  6,144,763, 7,327,886, 8,306,285, and 6,915,119.
16
17  DATED:
18
   William H. Orrick
19   United States District Court Judge
20  66773166V.1
21
22
23
24
25
26
27
28



[PROPOSED] ORDER GRANTING MOTOROLA MOBILITY LLC'S MOTION FOR SUMMARY
JUDGMENT - 1 -
CASE NO. C12-03587 WHO