UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FUJIFILM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | Case No. 12-cv-03587-WHO<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 162 |
|---|---|

Before the Court is Motorola's Motion for Administrative Relief. Dkt. No. 162. Upon consideration of the papers submitted, the motion is GRANTED IN PART and DENIED IN PART. Motorola's request to enlarge the time to file an opposition to Fujifilm's Motion to Strike (Dkt. No. 160) is GRANTED. Motorola may file an opposition on or before January 7, 2015. Fujifilm may file a reply on or before January 14, 2015. The hearing for the Motion to Strike remains January 21, 2015. Motorola's request for an order that the Motion to Strike is a motion in limine is DENIED.

**IT IS SO ORDERED**.

Dated: December 22, 2014



_____
WILLIAM H. ORRICK
United States District Judge