UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK          Case No. 12-cv-03587-WHO

CASE NAME: Fujifilm Corporation v. Motorola Mobility Holdings, Inc.

NOTE FROM THE JURY

Note No. 1

Date 5-4-2015

Time 8:35

1. The Jury has reached a unanimous verdict ( )

or

(2.) The Jury has the following question: Patent 6,144,763 Claim 7 Need definitions: (1) orthogonal transforming circuit (2) orthogonal transform (3) quantizing circuit (4) normalized transform coefficients

_Karen F. Krueger_
Foreperson of the Jury