UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJIFILM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA MOBILITY LLC,<br><br>　　　　Defendant. | Case No. 12-cv-03587-WHO<br><br>**VERDICT FORM** |

**FILED**

MAY -4 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## GENERAL INSTRUCTIONS

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the final jury instructions. Please refer to the final jury instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

## FINDINGS OF THE JURY

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### Findings on Infringement

**Answer the following questions regarding infringement regardless of your findings with respect to invalidity.**

(1) Did Fujifilm prove that it is more likely than not that Motorola Mobility literally infringed any of the following claims with respect to the following accused devices or device groups? Please answer in each cell with a "Y" for "yes" (for Fujifilm) or with an "N" for "no" (for Motorola Mobility). Do not provide an answer in any cell that is blacked out.

Face Detection Patents ('886 and '285 Patents)

|  | '886 Patent Claim 11 | '285 Patent Claim 1 |
|---|---|---|
| Accused Devices with OMAP 3 Chipset (HP) | N | ■ |
| Accused Devices with Viewdle software | N | N |

Monochrome Patent ('763 Patent)

|  | Claim 1 | Claim 2 | Claim 7 | Claim 11 |
|---|---|---|---|---|
| Accused Devices with OMAP 3 Chipsets | Y | ■ | Y | Y |
| Accused Devices with OMAP 4 Chipsets | Y | N | Y | Y |
| Accused Devices with NVIDIA Chipsets | Y | N | Y | Y |
| Accused Devices with Qualcomm QSC6055 Chipsets | Y | N | Y | Y |
| Accused Devices with Qualcomm MSM8655 and MSM8960 Chipsets | Y | N | Y | Y |
| Accused Tablets (Google Gallery) | Y | N | Y | Y |
| Accused Devices with Qualcomm MSM8960 Pro Chipsets (Motorola Gallery) | Y | N | Y | Y |

3

Data Transmitting Patent ('119 Patent)

| | Claim 1 | Claim 35 | Claim 13 |
|---|---|---|---|
| Razr Maxx | Y | Y | Y |
| Droid Razr | Y | Y | Y |
| Droid Bionic | Y | Y | Y |
| Droid 4 | Y | Y | Y |
| Electrify 2 | Y | Y | Y |
| Razr M | Y | Y | Y |
| (Droid) Razr HD | Y | Y | Y |
| Razr Maxx HD | Y | Y | Y |
| Electrify M | Y | Y | Y |
| Photon Q | Y | Y | Y |
| Atrix HD | Y | Y | Y |
| Xyboard 8.2 | Y | Y | Y |
| Xyboard 10.1 | Y | Y | Y |
| Xoom | Y | Y | Y |
| Moto X | Y | Y | Y |
| Droid Maxx | Y | Y | Y |
| Droid Ultra | Y | Y | Y |
| Droid Mini | Y | Y | Y |
| Atrix 2 | Y | Y | Y |
| Droid 3 | Y | Y | Y |
| Defy XT | | Y | Y |
| Atrix 4G | | Y | Y |
| Droid X2 | | Y | Y |
| Photon 4G | | Y | Y |
| Electrify | | Y | Y |
| Admiral | | Y | Y |
| Droid X | | Y | Y |
| Droid 2 Global | | Y | Y |
| Droid Pro | | Y | Y |
| XPRT | | Y | Y |
| Triumph | | Y | |

4

### Findings on Invalidity

Answer the following questions regarding invalidity regardless of your findings with respect to infringement.

(2) Has Motorola Mobility proven by clear and convincing evidence that any of the following claims are invalid for either anticipation or obviousness? Please answer in each cell with a "Y" for "yes" (for Motorola Mobility) or with an "N" for "no" (for Fujifilm).

|  | Anticipation | Obviousness |
|---|---|---|
| '886 Patent Claim 11 | Y | Y |
| '285 Patent Claim 1 | Y | Y |
| '763 Patent Claim 1 | N | N |
| '763 Patent Claim 2 | N | N |
| '763 Patent Claim 7 | N | N (9 of 9) |
| '763 Patent Claim 11 | N | N (9 of 9) |
| '119 Patent Claim 1 | ■ | Y |
| '119 Patent Claim 13 | Y | Y |
| '119 Patent Claim 35 | ■ | Y |

(3) Has Motorola Mobility proven by clear and convincing evidence that the '119 patent is invalid because it fails to meet the requirement to name all actual inventors and only the actual inventors? Please answer either "Yes" (for Motorola Mobility) or "No" (for Fujifilm).

Yes \_\_\_\_\_  No  X

### Findings on Licensing

Answer the following questions regarding licensing regardless of your findings with respect to infringement or invalidity.

(4) Has Motorola Mobility proven that it is more likely than not that it is licensed under the Bluetooth Patent License Agreement for the following claims with respect to the Bluetooth-related components of its accused devices? Please answer either "Yes" (for Motorola Mobility) or "No" (for Fujifilm) for each claim.

'119 Patent Claim 1    Yes __X__   No ____
'119 Patent Claim 13   Yes ____   No __X__
'119 Patent Claim 35   Yes __X__   No ____

### Findings on Damages

**Answer the following questions regarding damages only if you found at least one claim infringed and not invalid.**

(5) What is the reasonable royalty that Motorola Mobility should pay to Fujifilm? Answer **either** (a), (b), **or** (c), depending on your determination of the appropriate form of the reasonable royalty. **Answer (a) or (b) only if you found at least one claim from each of the four patents in suit infringed and not invalid.** You may answer (c) regardless of how many or which claims you found infringed and not invalid.

(a) A single running royalty of $ _____ per device, applied to past sales of 21,000,000 devices through June 2014, resulting in total past damages of $ _____

**OR**

(b) A single one-time lump sum payment for past and future damages in the amount of $ _____

**OR**

(c) A patent specific reasonable royalty of:

For the '886 Patent, a running royalty of $ _____ per device, applied to past sales of 4,382,575 devices through June 2014; **or** a one-time lump sum payment for past and future damages in the amount of $ _____

7

For the '285 Patent, a running royalty of $ _____ per device, applied to past sales of 3,497,100 devices through June 2014; **or** a one-time lump sum payment for past and future damages in the amount of $ _____

For the '763 Patent, a running royalty of $ _____ per device, applied to past sales of 20,474,378 devices through June 2014; **or** a one-time lump sum payment for past and future damages in the amount of $ *10,240,000*

For the '119 Patent, a running royalty of $ _____ per device, applied to past sales of 20,180,177 infringing devices through June 2014; **or** a one-time lump sum payment for past and future damages in the amount of $ _____

8

### Findings on Willful Infringement

Answer the following questions on willful infringement for each claim that you found infringed and not invalid.

(6) Did Fujifilm prove that it is highly probable that Motorola Mobility's infringement of any claim was willful? Please answer either "Yes" (for Fujifilm) or "No" (for Motorola Mobility) for each claim.

| Claim | Yes | No |
|---|---|---|
| '886 Patent Claim 11 |  | ✓ |
| '285 Patent Claim 1 |  | ✓ |
| '763 Patent Claim 1 |  | ✓ |
| '763 Patent Claim 2 |  | ✓ |
| '763 Patent Claim 7 |  | ✓ |
| '763 Patent Claim 11 |  | ✓ |
| '119 Patent Claim 1 |  | ✓ |
| '119 Patent Claim 13 |  | ✓ |
| '119 Patent Claim 35 |  | ✓ |

### SIGNATURE

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The presiding juror should then sign and date the verdict form in the spaces below and notify the security guard that you have reached a verdict. The presiding juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Have the presiding juror sign and date this form.

Signed: *[signature]*      Date: 4 May 2015
PRESIDING JUROR