UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUJIFILM CORPORATION,

    Plaintiff,

v.

MOTOROLA MOBILITY LLC,

    Defendant.

Case No. 12-cv-03587-WHO

**FINAL JUDGMENT**

    This action came before the Court for trial, the undersigned United States District Judge, presiding.

    AND NOW, this 6th day of August 2015, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's previously issued Orders, and in consideration of the jury verdict delivered on May, 4, 2015 and the entirety of the record available to this Court, IT IS ORDERED, ADJUDGED AND DECREED THAT:

### U.S. Patent No. 5,734,427

    Defendant Motorola Mobility LLC ("Motorola") has not infringed claim 1 of U.S. Patent No. 5,734,427 ("the '427 patent");

    Motorola's counterclaim of invalidity of the '427 patent is hereby dismissed without prejudice to Motorola's right to assert all the defenses recited in its Answers and Counterclaims to Plaintiff's First Amended Complaint, and any amendments thereto, regarding the '427 patent, including the defense of patent invalidity, in the event of an appeal which results in a remand for trial on the '427 patent;

### U.S. Patent No. 8,306,285

    Motorola has not infringed claim 1 of U.S. Patent No. 8,306,285 ("the '285 patent");

    Claim 1 of the '285 patent is invalid;

### U.S. Patent No. 7,327,886

    Motorola has not infringed claim 11 of U.S. Patent No. 7,327,886 ("the '886 patent");

    Claim 11 of the '886 patent is invalid;

**U.S. Patent No. 6,915,119**

Motorola has infringed claims 1, 13, and 35 of U.S. Patent No. 6,915,119 ("the '119 patent");

Claims 1, 13, and 35 of the '119 patent are invalid;

Motorola is licensed under the Bluetooth Patent License Agreement for claims 1 and 35 of the '119 patent with respect to Bluetooth-related components of its accused devices, but is not licensed under the Bluetooth Patent License Agreement for claim 13 of the '119 patent;

The '119 patent is not invalid for failing to meet the requirement to name all actual inventors and only the actual inventors;

The '119 patent is not unenforceable for inequitable conduct;

**U.S. Patent No. 6,144,763**

Motorola has infringed claims 1, 7, and 11 of U.S. Patent No. 6,144,763 ("the '763 patent");

Motorola has not infringed claim 2 of the '763 patent;

Claims 1, 2, 7, and 11 of the '763 patent are not invalid;

Motorola has not willfully infringed claims 1, 7, and 11 of the '763 patent; and

For the '763 patent, judgment is entered in favor of Plaintiff Fujifilm Corporation ("Fujifilm") and against Motorola in the one-time lump sum amount of $10,240,000 for past and future damages, plus post-judgment interest thereon calculated pursuant to 28 U.S.C. § 1961.

All relief not specifically granted herein is DENIED. This is a Final Judgment and is appealable.

**IT IS SO ORDERED**.

Dated: August 6, 2015

WILLIAM H. ORRICK
United States District Judge