1  A. JAMES ISBESTER (SBN 129820)
   STEVEN D. MOORE (SBN 290875)
2  BENJAMIN KLEINMAN-GREEN (SBN 261846)
   SARA B. GIARDINA (SBN 278954)
3  KILPATRICK TOWNSEND & STOCKTON LLP
   Two Embarcadero Center, Eighth Floor
4  San Francisco, California 94111
   Tel: +1.415.576.0200 | Fax: +1.415.576.0300
5  jisbester@kilpatricktownsend.com
   smoore@kilpatricktownsend.com
6  bkleinman-green@kilpatricktownsend.com
   sgiardina@kilpatricktownsend.com
7
   JORDAN TRENT JONES (SBN 166600)
8  KILPATRICK TOWNSEND & STOCKTON LLP
   1080 Marsh Road
9  Menlo Park, California 94025
   Tel: +1.650.326.2400 | Fax: +1.650.326.2422
10 jtjones@kilpatricktownsend.com

   TAYLOR LUDLAM (*pro hac vice*)
11 KILPATRICK TOWNSEND & STOCKTON LLP
   4208 Six Forks Road, Suite 1400
12 Raleigh, North Carolina 27609
   Tel: +1.919.420.1705 | Fax: +1.919.510.6141
13 taludlam@kilpatricktownsend.com

   MATIAS FERRARIO (*pro hac vice*)
14 KILPATRICK TOWNSEND & STOCKTON LLP
   1001 West 4th Street
15 Winston-Salem, North Carolina 27101-2400
   Tel: +1.336.607.7300 | Fax: +1.336.607.7500
16 mferrario@kilpatricktownsend.com

17 Attorneys for Defendant
   MOTOROLA MOBILITY LLC
18

   THOMAS B. KENWORTHY (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
   1701 Market Street
   Philadelphia, Pennsylvania 19103
   Tel: +1.215.963.5000 | Fax: +1.215.963.5001
   tkenworthy@morganlewis.com

   AHREN C. HSU-HOFFMAN (SBN 250469)
   MICHAEL F. CARR (SBN 259911)
   MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
   3000 El Camino Real, Suite 700
   Palo Alto, California 94306
   Tel: +1.650.843.4000 | Fax: +1.650.843.4001
   djjohnson@morganlewis.com
   ahsu-hoffman@morganlewis.com
   mcarr@morganlewis.com

   NATHAN MCCUTCHEON (*pro hac vice*)
   BRADFORD A. CANGRO (*pro hac vice*)
   JACOB A. SNODGRASS (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
   Tel: +1.202.739.3000 | Fax: +1.202.739.3001
   nmccutcheon@morganlewis.com
   bcangro@morganlewis.com
   jsnodgrass@morganlewis.com

   Attorneys for Plaintiff
   FUJIFILM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIFILM CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>MOTOROLA MOBILITY LLC,<br><br>           Defendant. | Case No. C 12-03587 WHO<br><br>**STIPULATION AND ORDER REGARDING RESETTING THE HEARING FOR VARIOUS MOTIONS AND BRIEFING SCHEDULE FOR PLAINTIFF AND DEFENDANT'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL** |

Plaintiff Fujifilm Corporation ("Fujifilm") and Defendant Motorola Mobility LLC ("Motorola") (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties filed a joint stipulation agreeing to extended response times for the anticipated parties' post-trial motions pursuant to Federal Rules of Civil Procedure 50(b) and 59(a) on August 21, 2015;

WHEREAS, on August 24, 2015, the Court ordered that the deadline for the parties to file oppositions to the post-trial motions pursuant to Federal Rules of Civil Procedure 50(b) and 59(a) is October 1, 2015;

WHEREAS, on August 24, 2015, the Court ordered that the deadline for the parties to file replies to such oppositions is October 15, 2015;

WHEREAS, on September 3, 2015, Motorola filed a combined post-trial Motion for Judgment as a Matter of Law and New Trial pursuant to Federal Rules of Civil Procedure 50(b) and 59(a);

WHEREAS, on September 3, 2015, Fujifilm filed a combined post-trial Motion for Judgment as a Matter of Law and New Trial pursuant to Federal Rules of Civil Procedure 50(b) and 59(a);

WHEREAS, on September 3, 2015, Fujifilm filed a post-trial Motion for Prejudgment Interest pursuant to Federal Rule of Civil Procedure 59(e);

WHEREAS, the parties have agreed to a hearing date of December 9, 2015 at 2:00 p.m. for the Court to hear Fujifilm's Motion for Judgment as a Matter of Law and New Trial, Fujifilm's Motion for Prejudgment Interest, and Motorola's Motion for Judgment as a Matter of Law and New Trial; and

WHEREAS, the parties believe it appropriate to expand the time in which to file oppositions and replies to the above-referenced motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective attorneys of record that:

(1) Fujifilm's Motion for Judgment as a Matter of Law and New Trial,

Fujifilm's Motion for Prejudgment Interest, and Motorola's Motion for Judgment as a Matter of Law and New Trial shall be heard before this Court on December 9, 2015 at 2:00 p.m.;

(2) The deadline for the parties to file oppositions to the post-trial motions pursuant to Federal Rules of Civil Procedure 50(b), 59(a), and 59(e) is October 8, 2015; and

(3) The deadline to file replies to such oppositions is October 29, 2015.

Dated: September 16, 2015

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____/s/ *A. James Isbester*_____
A. James Isbester

Attorneys for Defendant
MOTOROLA MOBILITY LLC

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ *Jacob A. Snodgrass*_____
Jacob A. Snodgrass

Attorneys for Plaintiff
FUJIFILM CORPORATION

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER RE POST-TRIAL MOTION PAPERS
Case No. C 12-03587 WHO

- 2 -

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, A. James Isbester, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September 2015 at San Francisco, California.

/s/ *A. James Isbester*
A. James Isbester

ORDER

IT IS SO ORDERED.

Dated: September 17, 2015

William H. Orrick
United States District Judge

67733874V.1